UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

Ronald C. DiLeo

                Plaintiff,

    -against-

American Express Company    Defendant.

-----------------------------------------------------------

Case No. 12-CV-7150

### NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending       [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Tanvir H. Rahman**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: TR6894    My State Bar Number is 4921235

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Law Offices of Anthony L. Ricco
                FIRM ADDRESS: 20 Vesey Street, Suite 400, New York, NY 10007
                FIRM TELEPHONE NUMBER: (212) 791-3919
                FIRM FAX NUMBER: (212) 791-3940

NEW FIRM:    FIRM NAME: Thompson Wigdor LLP
                FIRM ADDRESS: 85 Fifth Avenue, New York, NY 10003
                FIRM TELEPHONE NUMBER: (212) 257-6800
                FIRM FAX NUMBER: (212) 257-6845

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 11/15/2012

_/s/ Tanvir Rahman_
ATTORNEY'S SIGNATURE