**MEMO ENDORSED**

### KELLEY DRYE & WARREN LLP

A LIMITED LIABILITY PARTNERSHIP

WASHINGTON, DC
LOS ANGELES, CA
CHICAGO, IL
STAMFORD, CT
PARSIPPANY, NJ

BRUSSELS, BELGIUM

AFFILIATE OFFICE
MUMBAI, INDIA

**101 PARK AVENUE**

**NEW YORK, NY 10178**

(212) 808-7800

FACSIMILE
(212) 808-7897
www.kelleydrye.com

JEAN Y. PARK
DIRECT LINE: (212) 808-5019
EMAIL: jpark@kelleydrye.com



USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/28/12

December 26, 2012

**BY E-MAIL ABRAMS_NYSDCHAMBERS@NYSD.USCOURTS.GOV**
Honorable Ronnie Abrams
United States District Judge
United States District Court for the
Southern District of New York
500 Pearl Street, Room 670
New York, New York 10007-1312

Re:    DiLeo v. American Express Company
       Civil Action No. 12-7159(RA) __

Dear Judge Abrams:

As you know, we represent Defendant, American Express Travel Related Services Company, Inc., in the above-referenced action. With the consent of Plaintiff's counsel, we make this application for a 1-week extension of time, i.e., until January 3, 2013, in which to file Defendant's reply papers in further support of its motion to dismiss. Our papers are currently due today.

We require this brief extension in order to finalize our papers, which we cannot accomplish today due to the holidays and our client's travel schedules.

We appreciate the Court's kind attention to and consideration of this application on such short notice.

Respectfully submitted,

Jean Y. Park

cc:    Tanvir Rahman, Esq. (by e-mail)
       Thompson Wigdor LLP
       Counsel for Plaintiff

Application granted.

U.S.D.J.
12/28/2012