UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RONALD C. DILEO,

    Plaintiff,

-against-

AMERICAN EXPRESS COMPANY,

    Defendant.

12 CV 7150 (RA-RLE)

**NOTICE OF APPEARANCE**

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD**:

PLEASE TAKE NOTICE that ADAM PEKOR of Sheppard, Mullin, Richter & Hampton LLP, hereby appears as counsel in this case for Defendant AMERICAN EXPRESS COMPANY. The undersigned demands that a copy of all papers in this action be served upon the undersigned at the address below. The undersigned certifies that he is admitted to practice in this Court.

Dated: New York, New York
       July 19, 2013

**SHEPPARD MULLIN RICHTER & HAMPTON, LLP**

/s/ Adam Pekor
Adam Pekor
pekor@sheppardmullin.com
30 Rockefeller Plaza, 39th Floor
New York, NY 10112-0015
Tel.: (212) 653-8700
Fax: (212) 653-8701